# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ABRAHAMAN MUHAMMAD, | : | MOTION TO VACATE |
| BOP ID 63322-019, | : | 28 U.S.C. § 2255 |
|    Movant, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:15-CV-289-ODE-CMS |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. |
|    Respondent. | : | 1:11-CR-488-1-ODE-CMS |

## **FINAL REPORT AND RECOMMENDATION**

In 2013, Abrahaman Muhammad pleaded guilty to conspiracy to make false statements during the acquisition of a firearm (one count), making false statements during the acquisition of a firearm (sixteen counts), and dealing in firearms without a license (one count). *See* [96-1] & [100]. Muhammad was sentenced to concurrent 46-month sentences on all eighteen counts, to be followed by three years of supervised release. *See* [114]. Muhammad's appeal and the government's cross-appeal were dismissed by the United States Court of Appeals for the Eleventh Circuit pursuant to the parties' joint motion for voluntary dismissal. *See* [134].

This matter is now before the Court on Muhammad's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in

Federal Custody, *see* [137], which the government has acknowledged is timely, *see* [141] at 9.

It appears, however, that Muhammad has been released from custody. *See* https://www.bop.gov/inmateloc/ (last viewed Oct. 24, 2016; searched for BOP ID 63322-019). And it further appears that this Court has no means to contact Muhammad because he has not provided an address at which he can now be contacted.

Because Muhammad's failure to keep the Clerk's office informed of his current address has adversely affected the management of the case, the undersigned **RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE**. *See* LR 41.2B & 83.1D(3), NDGa.

The undersigned further **RECOMMENDS** that a Certificate of Appealability be **DENIED** because Muhammad does not meet the requisite standard. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (requiring a two-part showing (1) "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right," *and* (2) "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling"); *see also Spencer v. United States*, 773 F.3d 1132, 1138 (11th Cir. 2014) (en banc) (holding that the *Slack v.*

*McDaniel* standard will be strictly applied prospectively).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 25th day of October, 2016.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE