FILED IN CHAMBERS
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAN 24 2017

James N. Hatten, Clerk
By: *HM Cain* Deputy Clerk

| | |
|---|---|
| ABRAHAMAN MUHAMMAD, | : |
| Movant | : CRIMINAL ACTION NO. |
| | : 1:11-CR-488-1-ODE-CMS |
| v. | : |
| | : CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : 1:15-CV-289-ODE-CMS |
| Respondent | : |

## ORDER

This pro se criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed October 25, 2016 [Doc. 147] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that this case be dismissed without prejudice because it appears Movant has been released from custody and has failed to provide the Court with his current address, adversely affecting the management of the case. Judge Salinas also recommends that a Certificate of Appealability be denied.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED WITHOUT PREJUDICE and a Certificate of Appealability is DENIED.

SO ORDERED, this __23__ day of January, 2017.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE